# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00156-CV

### S. B., J. B. and C. C., Appellants

### v.

### Texas Department of Family and Protective Services, Appellee

---

### FROM THE 33RD DISTRICT COURT OF BLANCO COUNTY
### NO. CV08888, THE HONORABLE J. ALLAN GARRETT, JUDGE PRESIDING

---

## O R D E R

PER CURIAM

Appellants S.B., J.B., and C.C. filed their notices of appeal on March 22, 2022; March 29, 2022; and April 1, 2022 respectively. The appellate record was complete on April 25, 2022, making appellants' briefs due on May 16, 2022. As of today, all three of appellants' counselors have filed motions seeking a three-week extension to file those briefs.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motions and order Gary Prust, Natalie Fowler, and Angela Moore to file appellants' briefs no later than June 6, 2022. If these briefs are not filed by that date, any counselor failing to file may be required to show cause why they should not be held in contempt of court.

It is ordered on May 16, 2022.


Before Chief Justice Byrne, Justices Kelly and Smith